No reversible error appearing from the record, the judgment of the trial court is affirmed.

Opinion approved by the Court.

### McELROY v. STATE.
### No. 24369.

Court of Criminal Appeals of Texas.
May 4, 1949.

Chas. Nordyke, of Stephenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of drunken driving and assessed a fine of $150, and he appeals.

The record herein that is before us contains no final judgment of the trial court. In the absence of such judgment, we find this court without jurisdiction.

The appeal is therefore dismissed for lack of jurisdiction.

### WALKER v. STATE.
### No. 24370.

Court of Criminal Appeals of Texas.
May 4, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of the offense of aggravated assault and fined the sum of $100 and he appeals.

The record before us does not contain a copy of a final judgment, the presence of which is necessary before our jurisdiction attaches. See Hellman v. State, 87 Tex. Cr.R. 460, 222 S.W. 980; Ellis v. State, 140 Tex.Cr.R. 339, 145 S.W.2d 176.

The appeal is therefore dismissed.